United States Courts
Southern District of Texas
FILED

May 18, 2019

David J. Bradley, Clerk of Court

AO 91 (Rev. 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Anselmo Galeno-Galeno

AKA: Jesus Herrera-Santoyo

IAE   YOB: 1980
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-19-1143-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Anselmo Galeno-Galeno was encountered by Border Patrol Agents near Edinburg, Texas on May 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 10, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 1, 2018 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 10, 2017, the defendant was convicted of 8 USC 1326 Illegal re-entry by a previously deported alien after an aggravated felony conviction and sentenced to sixteen (16) months confinement and two (2) years Supervised Release Term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 18, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: @ 2:59 PM

/S/ Nicolas Cantu, Jr.
Signature of Complainant

Nicolas Cantu, Jr.   Border Patrol Agent

May 18, 2019

J Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer